**MEMO ENDORSED**

# NEWMAN & GREENBERG LLP
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

September 29, 2020

**BY ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Leon Klein, et ano.*, 19-Cr-881 (KMK)
**(Leon Klein's Unopposed Motion to Modify Bail Conditions)**

Dear Judge Karas:

This firm represents Leon Klein in the above-referenced matter. Mr. Klein needs to travel to Maryland tomorrow (Wednesday, September 30, 2020) in connection with his ongoing medical treatment. I am writing to request that Your Honor modify Mr. Klein's bail conditions to permit travel to the District of Maryland and through those districts that Mr. Klein may need to pass through on the way (i.e., Delaware and possibly Pennsylvania). I have communicated with both AUSA Shiva Logarajah and Pre-Trial Services Officer Vincent Adams and they have authorized me to represent that neither the government nor Pre-Trial Services oppose this application.

Accordingly, we respectfully request that Leon Klein's bail conditions be modified to permit travel to the districts of Maryland, Delaware and Pennsylvania on Wednesday, September 30, 2020, for the purpose of obtaining medical treatment.

Granted.
So Ordered.
*/s/ K. Karas*
9/29/20

Respectfully submitted,

*/s/ Steven Y. Yurowitz*
Steven Y. Yurowitz

cc: AUSA Shiva Logarajah (by ECF)
PTS Officer Vincent Adams (by email)