UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LEON KLEIN,

Defendant.

No. 19-CR-881 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

     At the Conference held before the Court on April 15, 2021, the Court adopted the following briefing schedule:

     Defense motions will be due no later than October 4, 2021. The Government's response will be due no later than November 4, 2021, and Defendant's reply will be due no later than November 18, 2021.

     The Parties are reminded that there is a strict page limit of 25 pages.

SO ORDERED.

DATED:    May 3, 2021
               White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE