## NEWMAN & GREENBERG LLP
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

**MEMO ENDORSED**

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

December 1, 2021

**BY ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Leon Klein et ano.,* 19-Cr-881 (KMK)
**(Consent Motion to Adjourn 12/2 Conference)**

Dear Judge Karas:

With the government's consent, I am writing to request an adjournment of tomorrow's conference in the above-referenced matter until February 2, 2022 or a date thereafter convenient for the Court. Tomorrow's conference was initially scheduled based on the prior motion schedule set by Your Honor. In light of the adjournment of the motion schedule, I am writing to request that the conference be adjourned until after the motions now due on December 6, 2021 are fully briefed and submitted. Mr. Klein consents to the exclusion of Speedy Trial time until that time.

Respectfully submitted,

Steven Y. Yurowitz

cc: AUSA Shiva Logarajah (by email)

Granted. The conference is moved to 2/ 9 /22, at 10:30. Time is excluded until then, in the interests of justice, to permit the Parties to brief the pre-trial motions. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

12/1/21