

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 7, 2022

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

      Re:    *United States v. Leon Klein* **19-cr-881 (KMK)**

Dear Judge Karas:

      The Government writes, with the consent of the defendant, to request an extension of time to respond to the defendant's motion to continue this case based on physical inability to stand trial. The Government has consulted with an expert, Dr. James Stark, regarding the defendant's claims. The Government has shared with counsel for the defendant Dr. Stark's initial conclusions and has requested additional records from the defendant that may alter Dr. Stark's conclusions. The Government initially requested those documents last week and have not received them despite defense counsel's best efforts. The Government respectfully requests an additional two weeks (until February 21) to respond to defendant's motion given that the requested records may have an impact on Dr. Stark's conclusions.

      Given that motions have not been briefed, the parties would also respectfully request that the status conference currently scheduled for February 9 be adjourned until a date after February 21 to allow the motion to be fully briefed. If the Court grants that request, the Government would also respectfully request that time be excluded until the date of the next status conference. Such an exclusion would be in the interests of justice because it would allow the motion to be fully briefed in this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

February 7, 2022
Page 2 of 2

The extension and adjournment requests are granted. The conference is adjourned to 2/24/22, at 12:00  Time is excluded until then, in the interests of justice, to allow for the briefing of the defense motion. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

2/7/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Shiva H. Logarajah
Assistant United States Attorney
Tel: (914) 993-1918

cc:   Steven Yurowitz, Esq. (by ECF)