**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 30, 2022

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

> Re:  *United States v. Leon Klein* 19-cr-881 (KMK)

Dear Judge Karas:

The Government writes with an update in this matter. The parties have reached a resolution in this matter and the defendant has signed a plea agreement with the Government. The defendant expects to plead in the next month before the duty Magistrate, consistent with instructions from Chambers.

In light of this, the Government would respectfully request that time between now and September 30, 2022 be excluded. Such an exclusion would be in the interests of justice because it would allow for sufficient time for a plea to be entered in this matter. *See* 18 U.S.C. § 3161(h)(7)(A). The defendant has no objection.

Granted. Time is excluded until 9/30/22, in the interests of justice, to allow for the Parties to execute the agreed-to disposition of this case. The interests of justice from this exclusion outweigh the public's and Mr. Klein's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
/s/ KMK
8/30/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Shiva H. Logarajah
Assistant United States Attorney
Tel: (914) 993-1918

cc:   Steven Yurowitz, Esq. (by ECF)