# NEWMAN & GREENBERG LLP
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

MEMO ENDORSED

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ

WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

January 10, 2023

**BY ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Leon Klein et ano.*, 19-Cr-881 (KMK)
**(Consent Motion to Adjourn Sentencing)**

Dear Judge Karas:

This firm represents Leon Klein, the defendant in the above-referenced action. I am writing to request an adjournment of Mr. Klein's sentencing date currently scheduled for January 31, 2023. The current sentencing date conflicts with the winter break schedule of counsel's school age daughter making an appearance on that date difficult for counsel. I have communicated with Your Honor's courtroom deputy, and she informed me that the Court has an available opening on Monday, February 27, 2023. I have also communicated with counsel for the government in this matter, and the government consents to the requested adjournment. This is the first requested extension of the sentencing date, and counsel does not anticipate any further requests to adjourn this matter.

Accordingly, counsel requests that sentencing in this matter be adjourned to February 27, 2023 at 11:00 AM or the first available date thereafter convenient to the Court.

Granted.

So Ordered.

1/11/23

Respectfully submitted,

Steven Y. Yurowitz

cc: AUSA Shiva Logarajah (by ECF)